```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SANTANDER BANK, N.A.,                    :
                                         :
              Plaintiff,                 :
                                         :
     -v-                                 :         19-cv-6448 (JSR)
                                         :
ARGENIS CONTRERAS,                       :         ORDER
                                         :
              Defendants.                :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On December 2, 2019, plaintiff Santander Bank, N.A. ("Santander") moved for summary judgment in the instant action. ECF Nos. 29-32. On December 16, 2019, defendant Argenis Contreras ("Contreras") submitted an opposition brief, ECF No. 33, and on December 23, 2019, Santander filed a reply brief, ECF Nos. 34-35. An oral argument for the summary judgment motion is scheduled for January 24, 2020.

Although the parties' briefing is now complete, neither side remotely complied with the requirements of Local Rule 56.1 for the United States District Court for the Southern District of New York. In particular, they failed to supply the Rule 56.1 statements required by such Rule. In the perhaps naïve belief that this was simply due to the parties' oversight, the Court will give Santander until January 7, 2020, COB, to submit plaintiff's Rule 56.1 statement. Contreras will then have until January 14, 2020, COB, to submit his 56.1 responding statement

and, if necessary, his statement of additional material facts pursuant to Rule 56.1(b). Further, if Contreras submits a statement of additional material facts, then Santander will have until January 17, 2020, COB, to submit its responding 56.1 statement to Contreras' statement of additional material facts.

No further extensions will be granted, no other submissions shall be permitted, and oral argument will proceed as scheduled on January 24, 2020 at 3:30 p.m.

SO ORDERED.

Dated: New York, NY
December 24, 2019

JED S. RAKOFF, U.S.D.J.